UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY PURDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-835-R |
| | ) |
| NEIL WEST, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on September 8, 2025 [Doc. No. 7]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Plaintiff's claims are dismissed with prejudice for failure to state a cognizable claim against Defendant West.

IT IS SO ORDERED this 17th day of October, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE